Henry W. Rose v. Joseph Keen.— Motion granted unless appellant

complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.